IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN EPKE, | ) |
| | ) |
| Plaintiff, | )   8:05cv515 |
| | ) |
| v. | ) |
| | ) |
| FREEDOM LENDING, | )   REASSIGNMENT ORDER |
| | ) |
| Defendant. | ) |

A Consent to Exercise of Jurisdiction by United Sates Magistrate Judge has not been filed. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Joseph F. Bataillon for disposition and to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge