**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| Brian Epke,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Freedom Lending LLC d/b/a Freedom Home Lending,<br><br>　　　　Defendant. | CASE NO. 8:05CV515<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Stipulation of the parties to dismiss the above-referenced matter with prejudice came on for hearing. The Stipulation is granted and it is HEREBY ORDERED that the above-referenced matter is dismissed with prejudice against Defendant, Freedom Lending LLC d/b/a Freedom Home Lending, each party to bear his/its own costs and attorney fees.

　　　　DATED this 27th day of March, 2006.

　　　　　　　　　　　　　　　　　　　　s/Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　United States District Judge

Prepared and submitted by:

s/Christopher R. Hedican
Christopher R. Hedican (19744)
Baird Holm LLP
1500 Woodmen Tower
Omaha, Nebraska  68102
402-344-0500
402-231-8552 (facsimile)
chedican@bairdholm.com

*Attorneys For Defendant*

Approved by:

s/Patrick J. Barrett
Patrick J. Barrett (17246)
MCGRATH NORTH MULLIN & KRATZ, PC LLO
Suite 3700 First National Tower
1601 Dodge Street
Omaha, NE  68102
Phone: 402-341-3070
Facsimile:  402-341-0216
pbarrett@mnmk.com

*Attorneys for Plaintiff*

DOCS/720311.1